UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10511-RGS

NATASHA DeLIMA,
PLAINTIFF,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,
DEFENDANT.

MEMORANDUM AND ORDER FOR DISMISSAL

May 9, 2011

STEARNS, D.J.

On March 21, 2011, Plaintiff Natasha DeLima (DeLima) filed this civil rights action against the Commissioner of the Social Security Administration. On March 29, 2011, this court entered a Memorandum and Order (Docket No. 3) directing DeLima to demonstrate good cause in writing why this action should not be dismissed for the reasons stated therein.

To date, DeLima has failed to file any show cause response, and the time period for doing so has expired.

Accordingly, for the failure of DeLima to comply with the directives of this court, and for the reasons set forth in the Memorandum and Order (Docket No. 3) outlining the legal impediments to DeLima's claims, this action is hereby Ordered DISMISSED in its entirety.

A separate Order of Dismissal shall enter.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE